IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 0 5 2007

JOHN F. CORCORAN, CLERK
BY: DEPUTY CLERK

| | |
|---|---|
| THOMAS LEE GRATE, III, ) | |
|     Plaintiff, ) | Civil Action No. 7:07-cv-00449 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| LARRY HUFFMAN, et al., ) | By: Hon. Glen E. Conrad |
|     Defendants. ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that the instant complaint is **DISMISSED**, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim upon which relief may be granted. Any pending motions are hereby **DENIED as MOOT**, and this case is **STRICKEN** from the active docket of the court.[*]

The Clerk is directed to send copies of this Order and accompanying Memorandum Opinion to plaintiff and to all counsel of record for the defendants.

ENTER: This 5th day of November, 2007.

                                               /s/ Glen E. Conrad
                                             United States District Judge

---

[*] Plaintiff is advised that he may appeal this decision pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure by filing a notice of appeal with this court within thirty days of the date of entry of this Order, or within such extended period as the court may grant pursuant to Rule 4(a)(5).